## A98A1510. PEEK v. THE STATE.
### (534 SE2d 198)

ELLINGTON, Judge.

Christopher E. Peek was convicted of driving under the influence of alcohol, OCGA § 40-6-391 (a). Peek appealed to this Court, and we affirmed his conviction in *Peek v. State,* 235 Ga. App. 693 (509 SE2d 358) (1998).

The Supreme Court granted certiorari and reversed our finding that the State had satisfied its burden under OCGA § 40-6-392 of proving that the person who drew Peek's blood for the state-administered blood alcohol test was qualified to do so by introducing the phlebotomist's "employee education cumulative report." *Peek v. State,* 272 Ga. 169 (527 SE2d 552) (2000). Accordingly, our ruling is

vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope, P. J., and Ruffin, J., concur.*

DECIDED MAY 3, 2000.

*Monte K. Davis, George A. Stein,* for appellant.
*Keith C. Martin, Solicitor, Kimberly A. Gross, Assistant Solicitor,* for appellee.